# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Shannon D. Dean** | ) | |
| *Plaintiff,* | ) | |
| | ) | **Case No. 20-CV-00276** |
| v. | ) | |
| | ) | |
| **Comerica Bank** | ) | |
| *Defendant.* | ) | |
| | ) | |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff, by and through her counsel of Record, and pursuant to Rule 41, Notifies the Court that as the parties have resolved all matters alleged in this case, the case may be dismissed with prejudice.

/s/ Judson E. Crump
Judson E. Crump, Attorney for Plaintiff

Judson E. Crump, PC
250 Congress St
Mobile, AL 36603
251.272.9148
judson@judsonecrump.com